UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DENISE CRUMWELL, *on behalf of herself and all other persons similarly situated*,

                          Plaintiff,

-v-

JEFFREE STAR COSMETICS, INC.,

                          Defendant.

25-CV-659 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The deadline to serve Defendant in this matter was April 22, 2025.  *See* Fed. R. Civ. P. 4(m).  Plaintiff has not filed any affidavit of service and no appearance has been entered on Defendant's behalf.  Nevertheless, Plaintiff's letter dated March 3, 2025 suggested that Defendant had been served.  (ECF No. 7.)  On that basis, and at Plaintiff's request, the Court extended the time for Defendant to answer, move, or otherwise respond to the complaint to April 2, 2025.  (ECF No. 8.)  No answer or motion has yet been filed.

    Plaintiff is directed to notify the Court, by May 30, 2025: (1) whether it indeed served Defendant within the allotted time, and (2) if so, whether it intends to move for default judgment.

    The initial pretrial conference scheduled for April 30, 2025 is adjourned *sine die*.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: April 30, 2025
       New York, New York

                                                        J. PAUL OETKEN
                                                United States District Judge